| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 56 |
| | * | September Term, 2023 |
| MICHELE YVONNE GALLAGHER | * | |
| | * | |

## O R D E R

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action and request for immediate suspension, the Court issued an order to show cause pursuant to Rule 19-738(d). After being given two extensions of time to respond to the order, respondent failed to file a response.

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension, it is this 9th day of July 2024, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-738(e), the Respondent, Michele Yvonne Gallagher, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Michele Yvonne Gallagher from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(a) and (b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



  /s/ Matthew J. Fader  
Chief Justice

Gregory Hilton, Clerk